# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr13-5

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ABDUL WHITE, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's "Notice of Appeal to District Court the Detention Order Entered March 27, 2012" (#66). Preliminary review of the record of the detention hearing reveals that defendant proceeded *pro se* and was unable to present to the magistrate judge in a logical or coherent manner his arguments for release. While defendant seeks to appeal that determination for consideration of additional information through counsel, the court believes such motion is better deemed to be a motion for reconsideration rather than an appeal. The court will refer such motion to the magistrate judge to conduct a further hearing at which counsel for defendant can present whatever additional evidence he deems appropriate for consideration under 18 U.S.C. § 3145(g).

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's "Notice of Appeal to District Court the Detention Order Entered March 27, 2012" (#66) is **DEEMED** to be a Motion for Reconsideration, and is referred for hearing to the magistrate judge.

Signed: April 9, 2012

Max O. Cogburn Jr.
United States District Judge