IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CR-013-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) ABDUL WHITE, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Adopt Hardin Motion To Dismiss" (Document No. 103) filed July 31, 2012. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Motion To Adopt Hardin Motion To Dismiss" (Document No. 103) is hereby **GRANTED**. This Order of course constitutes no action on the underlying motion to dismiss, which the Court will address at a future date.

**SO ORDERED.**

Signed: August 1, 2012

David C. Keesler
United States Magistrate Judge